The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on July 21, 2020, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: July 21, 2020



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:  Harold Kalina &    CASE NO: 20-13062

Marypat Kalina

Debtor(s)    CHAPTER 13 PROCEEDINGS

JUDGE ARTHUR I. HARRIS

### ORDER GRANTING DEBTORS' MOTION TO EXTEND AUTOMATIC STAY

This case came on for consideration of debtors' motion to extend automatic stay, ("Debtors' Motion").

The Court finds that the Chapter 13 Trustee and all interested creditors have been served with Debtors' Motion, and not objections have been made.

**IT IS THEREFORE ORDERED** that Debtors' Motion is Granted.  The automatic stay as to debtors in this case is extended until dissolved by the Court..

**IT IS SO ORDERED.**

###

Submitted by,

/s/ William J. Balena

_____
William J. Balena (0019641)
Attorney for Debtors
30400 Detroit Road, Suite 106
Westlake, OH 44145
(440) 365-2000
(866) 936-6113 - Fax
docket@ohbksource.com

# SERVICE LIST

Lauren Helbling, Chapter 13 Trustee, Via ECF at ch13trustee@ch13cleve.com

William Balena, Attorney for Debtors Via ECF at docket@ohbksource.com

Stephen R. Franks on behalf of US Bank Via ECF at amps@manleydeas.com

Harold and Marypat Kalina, 4980 Windsford Circle, North Ridgeville, OH 44039

AT&T, PO Box 8100, Aurora, IL 60507

CBT Credit Services,1684 Woodlands DR,Suite 150. Maumee, OH 43537

Chase, 800 Brookside Blvd, Westerville, OH 43081

Clunk, Hoose Co., LPA, 4500 Stow Courthouse Building #400, Stow, OH 44224

Columbia Gas, PO Box 742510. Cincinnati, OH 45274

Credit One Bank, PO Box 98873, Las Vegas, NV 89193

First National Bank, 500 East 60th St., Sioux Falls, SD 57104

First Premier, 900 W. Delaware, Sioux Falls, SC 57104

Genesis FS Card Service, PO Box 4488, Beaverton, OR 97076

Global Lending Services, PO Box 10437, Greenville , NC 29603

HSBC, PO. Box 5253, Carol Stream , IL 60197

Internal Revenue Service - Insolvency Group 6, 1240 E. 9th Street, Room 493, Cleveland, OH 44199

JD Indoor Comfort, 4040 Colorado Ave, Sheffield Lake, OH 44054

MCM, PO Box 603, Dept 12421, Oaks, PA 19456

Medclear Inc, 507 Prudential Road, Horsham, PA 19044-2308

Midland Credit Management, Inc., 2365 Northside Drive, #300, San Diego, CA 92108

Millennium Radiology Assoc, 5620 Southwyck Blvd, Toledo, OH 43614

North Ridgeville Avalon Estates, 50 Public Square, Cleveland, OH 44113

Ohio Auto Finance, 750 Cleveland Street, Elyria, OH 44035

OHIO DEPARTMENT OF TAXATION, Bankruptcy Division, PO Box 530, Columbus, OH 43216

Premier Bank Card, Inc., 601 South Minnesota Avenue, Sioux Falls, SD 57104

RITA, P.O. Box 470537, Broadview Heights, OH 44147

Salute, PO Box 105555, Atlanta, GA 30348

Sprint, PO Box 660075, Dallas, TX 75266

St John Medical Center, PO Box 74421, Cleveland, OH 44194

The Childrens Place, PO Box 659820, San Antonio, TX 78265

The Illuminating Co, PO Box 3638, Akron, OH 44309

Time Warner Cable, PO Box 0901, Carol Stream, IL 60132

West Side Pathology Assoc, 5620 Southwyck Blvd, Toledo, OH 43614

Windstream, PO Box 9001908, Louisville, KY 40290